UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDRA NADEAU,<br>           Plaintiff, | |
| v. | CASE NO. 3:14-cv-1634(VAB) |
| CAROLYN COLVIN,<br>Acting Commissioner of Social<br>Security,<br>           Defendant. | |

## RULING

Upon review under 28 U.S.C. §636(b)(1) and Federal Rule of Civil Procedure 72(b), and there being no objections to the Recommended Ruling of United States Magistrate Judge William I. Garfinkel (ECF No. 21), that Recommended Ruling is hereby **APPROVED AND ADOPTED**.  The Recommended Ruling is adopted with the following modification: because Plaintiff's Motion for Judgment on the Pleadings is located at ECF number 13, the citation to "Doc. #14" on pages 1 and 6 of the Recommended Ruling shall be replaced with "Doc. #13."

Plaintiff's First Motion for Judgment on the Pleadings (ECF No. 13) is **GRANTED IN PART**, and the Defendant's Motion to Remand (ECF No. 18) is **DENIED IN PART**.  The case shall be remanded to the Commissioner for calculation of benefits.  The Clerk shall enter judgment accordingly and close this case.

**SO ORDERED** this 15th day of April 2016 at Bridgeport, Connecticut.

                                                                 /s/ Victor A. Bolden          
                                                                Victor A. Bolden
                                                                United States District Judge